# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

MATTHEW JOHN THOMPSON,

    Plaintiff,

v.                                  CASE NO. 5:15-cv-00283-MP-CJK

MS. AUSTIN, et al.,

    Defendants.

_____/

## **O R D E R**

        This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 5, 2015. (Doc. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at Doc. 7. I have made a de novo review based on those objections.

        As a preliminary matter, Plaintiff moved for a second extension of time to file his objections. (Doc. 6). This Court previously granted Plaintiff an extension to file his objections. (Doc 5). In the order, the Court stated that Plaintiff had fourteen days from the date of the order to file his objections. Because Plaintiff filed his objections within the fourteen days, his second motion is now denied as moot.

        Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

        Accordingly, it is hereby

        **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 3, is adopted and incorporated by reference in this order.

2. Plaintiff's Second Motion for Extension of Time to File Objections, Doc. 6, is DENIED as moot.

3. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

4. The clerk is directed to close the file.

**DONE AND ORDERED** this  *4*$^{th}$  day of December, 2015

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge